**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ALLYN DERRICK WASHINGTON,**

    **Plaintiff,**

v.                                             **Case No. 8:07-cv-135-T-30EAJ**

**ELECTRA THEODORIDES-BUSTLE,**
**in her official capacity as Executive**
**Director of Florida's Department of**
**Highway Safety and Motor Vehicles, a**
**political subdivision of the State of Florida,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss Complaint with Prejudice and Supporting Memorandum of Law (Dkt. #46), and Plaintiff's Response to Order to Show Cause and Defendant's Motion to Dismiss (Dkt. #48). In Plaintiff's Response, Plaintiff's counsel agrees with the arguments and case law set forth in Defendant's Motion to Dismiss. Further, Plaintiff requests that Plaintiff's Second Amended Complaint be dismissed without prejudice, so that Plaintiff may pursue appropriate state law claims, if any. Accordingly, the Court will construe Plaintiff's request as a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The Court, having considered the motion, supporting memorandum, the relevant complaint, Defendant's response, and being otherwise advised in the premises,

concludes that Plaintiff's Second Amended Complaint should be dismissed without prejudice.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss Complaint with Prejudice and Supporting Memorandum of Law (Dkt. #46) is **GRANTED** as stated herein.

2. Plaintiff's Second Amended Complaint is hereby **DISMISSED** without prejudice.

3. The Clerk is directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on December 10, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2007\07-cv-135.mtd 46.wpd